OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



02 1R
0002003152

$ 00.26⁵
FEB 09 2015

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

MAILED FROM ZIP CODE 78701

2/4/2015

HICKMAN, DUDLEY     Tr. Ct. No. 114-0998-05-A     WR-80,000-02

This is to advise that the Court has denied without written order motion for leave to
file the original application for writ of mandamus.

Abel Acosta, Clerk

DUDLEY  HICKMAN
~~_____~~ TDC # 1416602

RTB
DB

REF

INVALID TDCJ
NAME & NUMBER DO NOT MATCH
X  RELEASED